UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:99-cr-000290-RLH-VCF |
| v. | ) |
| RAMON D. PEREIRA, | ) |
| Defendant. | ) |

**ORDER TO VACATE JUDGMENT DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for the 28TH day of May 2015 at 9:00 a.m. be granted.

DATED this 2nd day of April, 2015.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger Wenthe*
ROGER WENTHE
Assistant United States Attorney